*In re* Medidas Especiales para la Extensión de Términos para el Período Comprendido entre el 1 al 6 de Enero de 2004.

*Número:* EM-2003-10          *Resuelto:* 30 de diciembre de 2003

## RESOLUCIÓN

El Código Político de Puerto Rico de 1902, en su Art. 387, así como la Ley Núm. 3 de 27 de marzo de 1931, respectivamente, disponen que los días primero y seis de enero de cada año serán días de fiesta oficiales. 1 L.P.R.A. secs. 71 y 74, respectivamente. Asimismo, la Gobernadora del Estado Libre Asociado de Puerto Rico, Hon. Sila María Calderón, en virtud de las facultades que le han sido conferidas por el precitado Art. 387 del Código Político, concedió libres con cargo a vacaciones los días 2 al 5 de enero de 2004 a todos los empleados del servicio público. Por consiguiente, éstos serán considerados como si fueran días feriados.

A tales efectos y en virtud de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos judiciales, se aplicará lo dispuesto por los Arts. 388 y 389 del Código Político de 1902 (1 L.P.R.A. secs. 72 y 73). En consecuencia, cualquier término que venza o expire durante los días 1 al 6 de enero de 2004, se extenderá hasta el próximo día laborable, esto es, hasta el miércoles 7 de enero de 2004.

*Esta resolución tendrá vigencia inmediata. Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*